IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Edward W. Nottingham**

Civil Action No. 06–cv–01350–EWN–CBS

THEODORE L. FINLEY,

    Plaintiff,

v.

CITY AND COUNTY OF DENVER,
MR. GUARDADO, and
MRS. J. GUIAL,

    Defendants.

## ORDER OF DISMISSAL WITH PREJUDICE

This matter is before the court on the "Stipulated Motion to Dismiss with Prejudice" filed February 7, 2007. The court having read the Motion to Dismiss with Prejudice filed herein, and now being fully advised in the premises, it is

**ORDERED** that this action be and hereby is DISMISSED, with prejudice, each party to pay his, her or its own costs and attorneys' fees herein expended.

DATED this 8th day of February, 2007.

BY THE COURT:

s/ Edward W. Nottingham
EDWARD W. NOTTINGHAM
United States District Judge